IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE (T.W.), | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:23-cv-00928 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| JRD PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

On April 23, 2026, the parties filed a "Joint Stipulation of Dismissal with Prejudice" (Doc. No. 170, "Stipulation"), which was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this matter without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation.

Pending before the Court are three motions to seal (Doc. Nos. 139, 144, and 149, "Motions to Seal") that were filed in connection with multiple pending summary judgment motions (Doc. Nos. 136, 143, and 155, "Motions for Summary Judgment"). The Court notes that judicial resources would be ill-served by expending the (significant and very precious) judicial resources that would be required to address the Motions to Seal on the merits, especially considering that the Court need not decide the Summary Judgment Motions due to the Stipulation. Therefore, because the Motions to Seal were filed in relation to the Motions for Summary Judgment—which the Court need not consider in light of the Stipulation—the

Motions to Seal and the corresponding sealed documents (i.e., Docket Nos. 139-142, 144, 147-154, 156, 158-159, and 161-164) can and shall be **STRICKEN** from the docket.

Therefore, the Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file, and to **STRIKE** Docket Nos. 139-142, 144, 147-154, 156, 158-159, and 161-164.

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE